### JONES v. STATE.   (No. 10624.)

(Court of Criminal Appeals of Texas.   Feb. 16, 1927.)

Intoxicating liquors ⬅236(20) — Evidence showing defendant was going home under influence of liquor, carrying bottle of whisky, held to sustain conviction for transporting intoxicating liquor.

Where it was shown that defendant, accused of transporting intoxicating liquor, was apprehended on his way home with a bottle of whisky, was under the influence of liquor, and there was nothing indicating that he was transporting it for medicinal purposes, conviction was sustained.

Appeal from District Court, Callahan County; W. R. Ely, Judge.

Alvis W. Jones was convicted for the transportation of intoxicating liquor, and he appeals. Affirmed.

Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

HAWKINS, J. Conviction is for the transportation of intoxicating liquor; punishment being one year in the penitentiary.

No complaint appears in the record of any proceeding during the trial.

Appellant did not testify and introduced no evidence in his behalf. The state's evidence shows that a deputy sheriff observed appellant on the street, at Cross Plains, between 4 and 5 o'clock in the afternoon. He was under the influence of liquor and had a bottle in his shirt bosom having some liquor still in it. The officer testified that the liq-

uor was whisky. At the time he approached the officer and before arrested, appellant told the officer he was going home. The evidence shows that appellant had the whisky upon the public streets, intending to convey it to his home, and was on his way there when apprehended. There is nothing in the record to indicate that he was transporting it for medicinal purposes; to the contrary, it appears he was using it as a beverage.

The evidence supports the verdict, and the judgment must be affirmed.